Submitted on petitioner's petition for reconsideration filed March 30, reconsideration allowed; opinion (111 Or App 661, 825 P2d 663) withdrawn; affirmed September 9, petition for review denied November 24, 1992 (314 Or 727)

BENJAMIN JOSEPH KATO,
*Petitioner,*

*v.*

BOARD OF PAROLE,
*Respondent.*

(CA A67031)

836 P2d 1376

Sally L. Avera, Public Defender, and Lawrence J. Hall, Deputy Public Defender, Salem, for petition.

Before Richardson, Presiding Judge, and Deits and Durham, Judges.

PER CURIAM

**PER CURIAM**

Petitioner seeks review of our decision dismissing his petition for review of an order of the Board of Parole. 111 Or App 661, 825 P2d 663 (1992). We allow reconsideration under ORAP 9.15, withdraw the opinion and address the original petition for review. *See Owens v. Board of Parole*, 113 Or App 507, 834 P2d 547 (1992).

We conclude that petitioner's claims of error do not merit discussion.

Reconsideration allowed; opinion withdrawn; affirmed.